VARGA, Respondent, v. TENNESSEE COPPER CO., Appellant. (Supreme Court, Appel-

late Division, First Department. June 24, 1910.) Action by Joseph Varga against the Tennessee Copper Company. E. C. Vogel, for appellant. J. Deyo, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.